1  STEPTOE & JOHNSON LLP
   STEPHANIE A. SHERIDAN, State Bar No. 135910
2  *ssheridan@steptoe.com*
   ANTHONY J. ANSCOMBE, State Bar No. 135883
3  *aanscombe@steptoe.com*
   MEEGAN B. BROOKS, State Bar No. 298570
4  *mbrooks@steptoe.com*
   One Market Street
5  Steuart Tower, Suite 1800
   San Francisco, CA 94105
6  Telephone: 415.365.6700
   Facsimile: 415.365.6699
7
   Attorneys for Defendant
8  SAMSONITE COMPANY STORES, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN SCHERTZER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSONITE COMPANY STORES, LLC, an Indiana Limited Liability Company; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. '19CV0639 JLS  MSB<br><br>**DEFENDANT SAMSONITE COMPANY STORES, LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>**[Fed. R. Civ. Pro. 7.1]**<br><br>[Originally San Diego County Superior Court Case No. 37-2019-00011100-CU-MC-CTL] |

-1-
CORPORATE DISCLOSURE STATEMENT

Doc. # DC-13370699 v.1

1  The undersigned, counsel of record for Defendant Samsonite Company Stores LLC
2  ("defendant"), hereby make the following disclosure statement pursuant to Federal Rule of Civil
3  Procedure 7.1:
4     1.   At all relevant times (February 27, 2015 through present), Samsonite Company
5  Stores, LLC has been a direct, wholly-owned subsidiary of Samsonite LLC, a Delaware limited
6  liability company.

7
8  DATED:  April 3, 2019          STEPTOE & JOHNSON LLP

By: /s/ Stephanie Sheridan
9      STEPHANIE A. SHERIDAN
    ANTHONY J. ANSCOMBE
10     MEEGAN B. BROOKS
    Attorneys for Defendant
11     SAMSONITE COMPANY STORES LLC

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28